**Henry J. TRAVERS, Jr.**

**v.**

**David FRENCH et al.**

Supreme Judicial Court of Maine.

Nov. 9, 1978.

Perkins & Townsend by Clinton B. Townsend (orally), Skowhegan, for plaintiff.

Lawrence Boris (orally), Lester T. Jolovitz, Waterville, for Elias Joseph.

Roger Welch, Waterville, for French.

Frank Chapman, Augusta, for Depositors.

Before POMEROY, WERNICK, ARCHIBALD, DELAHANTY and GODFREY, JJ.

Memorandum of Decision

Our decision in this case is controlled by our decision in *Diamond International Corp. v. Philip L. Gadbois and Sons, Inc.,* Me., 390 A.2d 1061 (1978).

Appeal sustained.

Judgment vacated.

Case remanded to the Superior Court for further proceedings not inconsistent with this opinion.

NICHOLS, J., did not sit.